UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZURICH AMERICAN INS. CO., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WATTS REGULATOR CO., et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 10-11190-NMG |

REPORT AND RECOMMENDATION ON
MOTIONS FOR SUMMARY JUDGMENT

March 21, 2013

SOROKIN, C.M.J.

Pending are: the Plaintiff Zurich's Motion for Summary Judgment (Docket # 157); Defendant Watt's Motion for Partial Summary Judgment with Respect to the 16th, 17th and 20th Adjustments (Docket # 168); and, Watts's Motion for Partial Summary Judgment with Respect to Zurich's Failure to Mitigate Damages (Docket # 172).[1]

For the following reasons, I RECOMMEND that the Court ALLOW Zurich's motion IN PART and DENY it IN PART. I further RECOMMEND that the Court ALLOW IN PART Watt's Motion with respect to the 16th, 17th and 20th Adjustments and DENY IT IN PART and that the Court DENY Watts's motion with respect to Zurich's failure to mitigate damages.

---

[1] Also pending are several non-dispositive motions which are the subject of a separate Order issued on this date.

1

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 5/28/13